UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Almanza, Kristen M.

Case No.: 19-16053
Chapter: 7
Judge: KCF

**NOTICE OF PROPOSED ABANDONMENT**

___Daniel E. Straffi___, ___Trustee___ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | 402 East State Street |
| | Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable ___Kathryn C. Ferguson___ on ___June 4, 2019___ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 35 Raintree Drive |
| | Hamilton, NJ |
| | FMV - +/-$ 230,000.00 |
| | Co-owned with non filing debtor |

| Liens on property: | Roundpoint Mortgage Servicing Corp +/-$ 193,018.30 |
| | Plus 10% Estimated Costs of Sale |

| Amount of equity claimed as exempt: | $10,000.00 |

Objections must be served on, and requests for additional information directed to:

Name:  Daniel E. Straffi, Esq.
Address:  670 Commons Way Toms River, NJ 08755
Telephone No.:  732-341-3800

*rev.8/1/15*

```
                     United States Bankruptcy Court
                          District of New Jersey

In re:                                                          Case No. 19-16053-KCF
Kristen M Almanza                                               Chapter 7
        Debtor
                         CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin              Page 1 of 2       Date Rcvd: May 02, 2019
                               Form ID: pdf905          Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2019.
db             +Kristen M Almanza,    35 Raintree Drive,    Hamilton, NJ 08690-3351
518142070       EDFinancial Services,    Dept. 888055,    Knoxville, TN 37922
518142074      +MRS BPO, LLC.,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
518142073       Macy's,    PO Box 8218,    Mason, OH 45040-8218
518142075      +National Credit Adjust,    327 W. 4th Street,    Hutchinson, KS 67501-4842
518142078       Roundpoint Mortgage Servicing Corporatio,    P.O. Box 674150,    Dallas, TX 75267-4150
518142079      +Schachter & Portnoy,    3490 U.S. Route 1 South,    Princeton, NJ 08540-5920
518142080      +Service Credit Union,    3003 Lafayette Road,    Portsmouth, NH 03801-5904
518142082       USAA Savings Bank,    P.O. Box 47504,    San Antonio, TX 78265
518142083       USAA Savings Bank,    P.O. Box 33009,    San Antonio, TX 78265-3009
518142084      +USCB America,    355 Grand Ave, Suite 3200,    Los Angeles, CA 90071-1591

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 03 2019 00:39:22      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 03 2019 00:39:19      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518142066       E-mail/Text: bankruptcy@cavps.com May 03 2019 00:39:40      Cavalry Portfolio Services, LLC,
                 P.O. Box 27288,    Tempe, AZ 85282-7288
518142067      +E-mail/PDF: creditonebknotifications@resurgent.com May 03 2019 00:41:55      Credit One Bank,
                 PO Box 98875,    Las Vegas, NV 89193-8875
518142068      +E-mail/Text: bankruptcy@cashcentral.com May 03 2019 00:39:46      DFS/CASH CENTRAL OF CA,
                 84 E 2400 N,    North Logan, UT 84341-2902
518142069      +E-mail/Text: bankruptcynotices@dcicollect.com May 03 2019 00:39:53      Diversified Consultant,
                 10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
518142071      +E-mail/Text: bncnotices@becket-lee.com May 03 2019 00:38:17      Kohls,
                 N56 W. 17000 Ridgewood Drive,    Menomonee Falls, WI 53051-7096
518142072      +E-mail/Text: bk@lendingclub.com May 03 2019 00:39:51      Lending Club Corp.,
                 71 Stevenson Street,    Suite 300,    San Francisco, CA 94105-2985
518142076      +E-mail/Text: bnc@nordstrom.com May 03 2019 00:38:27      Nordstrom/TD,    13531 E. Caley Avenue,
                 Englewood, CO 80111-6505
518142077       E-mail/Text: colleen.atkinson@rmscollect.com May 03 2019 00:40:18      RMS,   PO Box 73810,
                 North Chesterfield, VA 23235-8047
518144069      +E-mail/PDF: gecsedi@recoverycorp.com May 03 2019 00:40:46      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518142086       E-mail/Text: elenas@uscbcorporation.com May 03 2019 00:38:08      USCB Corporation,
                 P.O. Box 75,    Archbald, PA 18403
518142085      +E-mail/Text: elenas@uscbcorporation.com May 03 2019 00:38:08      USCB Corperation,
                 101 Harrison Street,    Archbald, PA 18403-1961
518142081      +E-mail/Text: EBankruptcy@UCFS.NET May 03 2019 00:40:33      United Consumer Finl s),
                 865 Bassett Road,    Westlake, OH 44145-1194
518142087       E-mail/Text: vci.bkcy@vwcredit.com May 03 2019 00:39:33      Volkswagen Credit,
                 Attn: Bankruptcy,    1401 Franklin Boulevard,    Libertyville, IL 60048-4460
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2019                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: May 02, 2019
                              Form ID: pdf905          Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 2, 2019 at the address(es) listed below:
          Daniel E. Straffi    bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
           osfs.com
          Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
           osfs.com
          Kevin C. Fayette    on behalf of Debtor Kristen M Almanza kfayette@kevinfayette.com
          Rebecca Ann Solarz    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                          TOTAL: 5

Case 19-16053-KCF    Doc 8    Filed 05/04/19    Entered 05/05/19 00:34:09    Desc Imaged
Certificate of Notice    Page 3 of 3